HEFNER and Others *v.* YOUNT and Others.—In error.

*A.* AND *B.* his wife conveyed certain real estate to *C.* and *D.* on condition that the grantors should be permitted to continue to occupy the house on the premises, and that the grantees, their heirs, executors, and administrators, should furnish the grantors a decent and comfortable support during their (the grantors') lives. *Held*, that said condition was a condition subsequent; and that if the possession of said house and a suitable support were not furnished to *B.* after the death of her husband, she might claim her dower in the premises.